UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHRYN P. MCCORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIATRIS INC., MICHAEL GOETTLER, RAJIV MALIK, SANJEEV NARULA, ANTHONY MAURO, and WALT OWENS,<br><br>Defendants. | Case No. 2:23-cv-01098-MJH<br><br>NOTICE OF VOLUNTARY DISMISSAL |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action *McCord v. Viatris Inc. et al*, No. 2:23-cv-01098, brought before the United States District Court for the Western District of Pennsylvania, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Kathryn P. McCord hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

| | |
|---|---|
| Dated:  July 25, 2024 | Respectfully submitted, |
| | s/ *Anthony F. Jeselnik* |
| | Anthony F. Jeselnik |
| | Pa. I.D. 20650 |
| | 3325 Ivanhoe Road |
| | Pittsburgh, PA 15241 |
| | Telephone: (412) 860-5636 |
| | afjeselnik@gmail.com |
| | |
| | *Counsel for Plaintiff Kathryn P. McCord* |
| | |
| | POMERANTZ LLP |
| | Jeremy A. Lieberman (*pro hac vice*) |
| | J. Alexander Hood II (*pro hac vice*) |
| | 600 Third Avenue |
| | New York, New York 10016 |
| | Telephone: (212) 661-1100 |
| | Facsimile: (917) 463-1044 |
| | jalieberman@pomlaw.com |
| | ahood@pomlaw.com |
| | |
| | *Counsel for Plaintiff Kathryn P. McCord* |

_____
Marilyn J. Horan
United States District Judge

1